■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON VARNER, Appellant. [832 NYS2d 818]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Walsh, J.), dated October 21, 2005, convicting him of attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the Supreme Court's determination as to the duration of the order of protection issued pursuant to CPL 530.13 (4) at the time of sentencing failed to take into account his jail-time credit (*see People v Pettiford*, 1 AD3d 466 [2003]). The defendant, however, failed to preserve this contention for appellate review because he did not raise this issue at sentencing or move to amend the final order of protection on this ground (*see* CPL 470.05 [2]; *People v Nieves*, 2 NY3d 310, 316-318 [2004]), and we decline to review it in the exercise of our interest of justice jurisdiction (*cf. People v Johnson,* 16 AD3d 521 [2005]). Miller, J.P., Ritter, Covello and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR WOODARD, Appellant. [832 NYS2d 817]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 30, 1996 (*People v Woodard,* 234 AD2d 613 [1996], *cert denied* 520 US 1266 [1997]), affirming a judgment of the Supreme Court, Kings County, rendered June 24, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Miller, Ritter and Florio, JJ., concur.